UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

MICHAEL GRESHAM,

        Plaintiff,                        Case No. 1:15-cv-1334

v.                                             Honorable Paul L. Maloney

JAMES SCHIEBNER et al.,

        Defendants.
_____/

## ORDER TO FILE AMENDED COMPLAINT

        This is a civil rights action brought by a state prisoner pursuant to 42 U.S.C. § 1983. Plaintiff Michael Gresham has been a frequent and abusive litigant in this Court. In an opinion, judgment and order issued in *Gresham v. Washington et al.*, No. 1:15-cv-1067 (W.D. Mich. Jan. 6, 2016), the Court detailed Plaintiff's abuses, which included his frequent and oppressive practice of improperly joining claims and defendants into a single action. The Court therefore ordered that Plaintiff be placed under the following filing restrictions: (1) Plaintiff is barred from filing any future complaint that raises claims arising out of more than a single transaction or event; (2) Plaintiff is barred from filing any future complaint jointly with another prisoner and from filing a motion for joinder in any other prisoner's case; and (3) Plaintiff is barred from filing any future complaint exceeding 10 pages in length. Plaintiff was warned that his failure to comply with the order would result in the dismissal of any future action.

        While the instant action was filed before entry of the January 6, 2015 order, his present complaint suffers from the same defects as *Gresham v. Washington*, No. 1:15-cv-1067. As

in that case, Plaintiff sues more than 40 Defendants and raises a variety of unrelated claims. Therefore, for the reasons fully discussed in the Court's January 6, 2015 order in Case No. 1:15-cv-1067, the Court directs the Clerk to send to Plaintiff a copy of the form complaint under 42 U.S.C. § 1983 for a civil action by a person in state custody. If Plaintiff wishes to proceed with his action, within twenty-eight (28) days of this order, he must complete all portions of the complaint form, limiting his claims to those arising from a single transaction or event and naming only those Defendants related to that transaction or event. Plaintiff shall list no more than one Defendant on each line of the form complaint, and he shall provide a separate address for each Defendant. Plaintiff's complaint shall not exceed 10 pages in length. The amended complaint will take the place of the original complaint. Plaintiff need not re-submit supporting exhibits filed with the original complaint. The case number shown above must appear on the front page of the amended complaint. If Plaintiff fails to submit an amended complaint in proper form within the time allowed, the complaint may be dismissed without prejudice by the Court.

**IT IS SO ORDERED**.

Dated:  January 25, 2016                /s/ Ray Kent
                                        RAY KENT
                                        United States Magistrate Judge