UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL GRESHAM,

        Plaintiff,        Case No. 1:15-cv-1334

v.

        Honorable Paul L. Maloney

JAMES SCHIEBNER et al.,

        Defendants.
_____/

## JUDGMENT

In accordance with the Order issued this date:

IT IS ORDERED that the captioned case is DISMISSED without prejudice.

Dated:  April 11, 2016        /s/ Paul L. Maloney
                                                Paul L. Maloney
                                                United States District Judge